**No. 65781.**—Selsi Co., Inc. *v.* United States, protests 59/22945, 59/25432, and 59/33440 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of metal map measures, not plated with platinum, gold, or silver, or colored with gold lacquer, similar in all material respects to those the subject of *Kaufman & Vinson Co.* v. *United States* (44 Cust. Ct. 238, C.D. 2180), the claim of the plaintiff was sustained.

**No. 65782.**—W. R. Zanes & Co. of La., Inc. *v.* United States, protest 58/14001–15325 (New Orleans).

Opinion by LAWRENCE, J. The protest was dismissed.

JUNE 5, 1961

**No. 65783.**—Arnart Imports, Inc. *v.* United States, protest 59/33655.—

Plaintiff's application for rehearing granted.

BEFORE THE FIRST DIVISION, JUNE 12, 1961

**No. 65784.**—S. H. Kress & Company *v.* United States, protest 60/4435 (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of beads the same in all material respects as those the subject of *United States* v. *S. H. Kress & Co.* (46 C.C.P.A. 135, C.A.D. 716), the claim of the plaintiff was sustained.